AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TEMESHIA HARRIS,

        Plaintiff,

v.

WORLD FINANCE CORPORATION
OF GEORGIA LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 123-012

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 16, 2023, Defendant's motion to dismiss for insufficient service of process is granted, and Plaintiff's complaint is dismissed without prejudice. This case stands closed.

10/16/2023
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020